No. 91–7432. SIMMONS v. SIMMONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–7434. SNYDER v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 91–7435. SMITH v. BUNNELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7438. DE NARDO v. ANCHORAGE. Ct. App. Alaska. Certiorari denied.

No. 91–7441. STEPHEN ET AL. v. CALIFORNIA STATE BANK ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–7442. GRANT v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 91–7443. JOHNSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 91–7444. HOLLIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–7445. DUNN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 91–7446. STANLEY v. RED RIVER FEDERAL CREDIT UNION. C. A. 8th Cir. Certiorari denied.

No. 91–7447. VERTIN v. OVERTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–7453. WRENN v. CLARK. Cir. Ct., Jefferson County, Ala. Certiorari denied.

No. 91–7455. SOLIS v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 91–7456. ROMULUS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7457. WILLIAMS v. UNIVERSITY OF MISSISSIPPI MEDICAL CENTER. C. A. 5th Cir. Certiorari denied.